| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | EUGENE S. LITVINOFF |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 214318 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5790/(619) 235-2757 (Fax) |
| | Email: Eugene.Litvinoff2@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3086-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| TAKACS et al, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

<u>Name</u>

None

Please call me if you have any questions about this notice.

DATED: January 23, 2008

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              s/Eugene S. Litvinoff
                                              _____
                                              EUGENE S. LITVINOFF
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff
                                              United States of America

Notice of Appearance
United States v. Takacs                                  2                                  07CR3086-IEG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3086-IEG |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| TAKACS et al, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, EUGENE S. LITVINOFF, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. **Shaffy Moeel**
2. **Robert Schroth, Jr**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. **None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2008

                                                   s/ Eugene S. Litvinoff
                                                 EUGENE S. LITVINOFF