# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DREW GERALD TAKACS,<br><br>　　　　Defendant. | Magistrate Case No:  07MJ2644<br>Criminal Case No: 07CR3086<br><br>Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

**ORDER**

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Erika Ramos-Roman is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

**Rosario Chin**
**519 E. Cottonwood PLC**
**Cottonwood AZ 86326**

IT IS SO ORDERED.

DATED: January 24, 2008

　　　　　　　　　　　　　　　　　　　　　　*Nita L. Stormes*
　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes, U.S. Magistrate Judge