**SHAFFY MOEEL**
California Bar No. 238732
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 685-3714
shaffy_moeel@fd.org

Attorneys for Mr. Takacs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3086-IEG |
| Plaintiff, ) | Date: April 1, 2008 |
| ) | Time: 9:00 a.m. |
| v. ) | |
| ) | MOTION FOR ORDER |
| DREW GERALD TAKACS, ) | <u>TO SHORTEN TIME</u> |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in his attached OBJECTIONS TO PRE-SENTENCE REPORT, eight (8) days, to be heard on aPRIL 1, 2008, at 9:00 am. or as soon thereafter as counsel may be heard for the following reasons:

Counsel apologizes to the Court for this late filing. Counsel assures this Court that it is not her practice to file pleadings or papers in an untimely manner. Counsel apologizes to this Court and all parties and requests that this Court grant her motion for an order shortening time. Counsel will hand deliver a courtesy copy to the Assistant United States Attorney David Leshner.

Respectfully submitted,

*/s/ Shaffy Moeel*
Dated: March 23, 2008    **SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Takacs

1

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Eugene Litvinoff**
Eugene.Litvinoff@usdoj.gov

Dated: March 23, 2008                    /s/ Shaffy Moeel
                                         SHAFFY MOEEL
                                         Federal Defenders of San Diego, Inc.
                                         225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         e-mail: Shaffy_Moeel@fd.org