UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3086-IEG |
| Plaintiff, ) | |
| v. ) | |
| DREW GERALD TAKACS, ) | ORDER TO SHORTEN TIME |
| Defendant. ) | |

     Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

     **IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's attached OBJECTIONS TO PRE-SENTENCE REPORT, in the above-entitled action be shortened eight (8) days, to be heard on April 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard.

     **SO ORDERED.**

**DATED: March 25, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**